UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Abingdon Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:08cr00015-10 |
| KENNETH RAY STEVENS, et al. ) | **ORDER** |
| Defendants ) | |

This matter is before the undersigned on the Motion To Exclude Statements of Co-Defendants, (Docket Item No. 277), ("Motion"), filed on behalf of the defendant Tammy Denise Street. The Motion was heard before the undersigned on December 30, 2008. Based on the representations of counsel, it appears that the parties agree as to the disposition of the Motion. Therefore, it is **ORDERED** as follows:

1. Insofar as the government seeks to introduce the out-of-court statement of any nontestifying co-defendant against that co-defendant at trial, any mention of Tammy Denise Street will be redacted from that defendant's statement; and

2. Otherwise, than as stated above, the Motion is **DENIED**.

ENTERED this 31st day of December 2008.

/s/ *Pamela Meade Sargent*
UNITED STATES MAGISTRATE JUDGE